**IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION**

| | | |
|---|---|---|
| TYRONE BREWER, on behalf of himself and all others similarly situated, | ) ) ) | Case No. 1:21-cv-00535 |
| Plaintiff, | ) ) | Hon. John Z. Lee |
| v. | ) ) | Magistrate Hon. Sheila Finnegan |
| PEPPERIDGE FARM, INCORPORATED, | ) ) | |
| Defendant. | ) | |

**DEFENDANT PEPPERIDGE FARM, INCORPORATED'S
OPPOSED MOTION TO DISMISS PURSUANT TO RULE 12(b)(6)**

Pursuant to Federal Rule of Civil Procedure 12(b)(6), Defendant Pepperidge Farm, Incorporated ("Pepperidge Farm") respectfully moves this Court for an Order dismissing Plaintiff's Class Action Complaint (ECF No. 1), and in support thereof states the following:

1.      Plaintiff's Complaint should be dismissed in its entirety because his claims for statutory damages under Illinois's Biometric Information Privacy Act ("BIPA"), 740 ILCS 14/1 *et seq.*, are preempted by the exclusive remedy provisions of the Illinois Workers' Compensation Act (the "IWCA"), 820 ILCS 305/1 *et seq.*

2.      Even if Plaintiff's claims were not preempted by the IWCA's exclusive remedy provisions, Plaintiff's claim under BIPA Section 15(a) should be dismissed because Plaintiff fails to state a claim that Pepperidge Farm unlawfully retained his biometrics.

3.      In further support of its motion, Pepperidge Farm incorporates its Memorandum of Law filed contemporaneously herewith.

4.      Pursuant to Judge Lee's standing order, counsel for Pepperidge Farm conferred with Plaintiff's counsel regarding the legal basis for this motion.  Plaintiff's counsel stated that Plaintiff opposes this motion.

**WHEREFORE,** Pepperidge Farm respectfully requests that the Court grant its motion and enter an Order dismissing Plaintiff's Class Action Complaint with prejudice and granting such other relief as the Court deems appropriate.

Dated: May 17, 2021                                        Respectfully submitted,

                                                  **PEPPERIDGE FARM, INCORPORATED**

                                                  By: */s/ Elizabeth B. Herrington*
                                                          Elizabeth B. Herrington
                                                          Tyler Z. Zmick
                                                          MORGAN, LEWIS & BOCKIUS LLP
                                                          77 West Wacker Dr., Fifth Floor
                                                          Chicago, IL 60601-5094
                                                          Tel. 312.324.1445
                                                          Fax 312.324.1001
                                                          Beth.Herrington@morganlewis.com
                                                          Tyler.Zmick@morganlewis.com

                                                          Raechel Keay Kummer (*pro hac vice* forthcoming)
                                                          Lindsey Titus Levy (*pro hac vice* forthcoming)
                                                          MORGAN, LEWIS & BOCKIUS LLP
                                                          1111 Pennsylvania Avenue, NW
                                                          Washington, DC 20004-2541
                                                          Tel. 202.739.3000
                                                          Fax 202.739.3001
                                                          Raechel.Kummer@morganlewis.com
                                                          Lindsey.Levy@morganlewis.com

## <u>CERTIFICATE OF SERVICE</u>

I, Elizabeth B. Herrington, hereby certify that on this 17th day of May, 2021, I caused a copy of the foregoing document to be served upon all counsel of record via the Court's CM/ECF System.

/s/ *Elizabeth B. Herrington*
Elizabeth B. Herrington